

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, PLAINTIFF v. ISAAC HACKETT, DEFENDANT(S). | CASE NUMBER 2:18-cr-00860-FMO-1 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of **Defendant Isaac Hackett**, IT IS ORDERED that a detention hearing is set for **January 17**, **2019**, at **3:00** ☐a.m. / ☒p.m. before the Honorable **Maria A. Audero**, in Courtroom **790**.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: **January 15, 2019**

**MARIA A. AUDERO**

HON. MARIA A. AUDERO, United States Magistrate Judge