
FILED
CLERK, U.S. DISTRICT COURT
1/18/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ISAAC HACKETT,

Defendant.

Case No. 2:18-cr-00860-FMO-1

ORDER OF DETENTION

I.

On January 15, 2019, Defendant Isaac Hackett ("Defendant") made his initial appearance in this district on the Indictment filed in the United States District Court for the Central District of California, Case No. 2:18-CR-00860. The Court appointed Deputy Federal Public Defender Erin Murphy to represent Defendant.

Defendant requested a continuance and the Government did not oppose the request. Based thereon, the Court ordered the continuation of the detention hearing to January 17, 2019.

///

The Court conducted a detention hearing on January 17, 2019 based on a motion by the Government pursuant to 18 U.S.C. § 3142(e) in a case alleging that there is no condition or combination of conditions that reasonably will assure (a) the appearance of the defendant as required, and (b) the safety of any other person and the community.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions reasonably will assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)].

## II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- History of failures to follow lawful orders;
- History of obstruction and resisting executive officer orders;
- Lack of employment; and
- Lack of bail resources.

As to danger to the community:

- Nature of the charged offense;
- Extensive history of violent crimes, including prior conviction on a charge of "felon in possession of a firearm;
- Active restraining order that expires in 2024; and
- Current probation/supervision status.

///

///

III.

In reaching this decision, the Court considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g).] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

V.

IT IS THEREFORE ORDERED that Defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i).]

Dated: January 18, 2019  \_\_\_\_\_/s/_____
HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE