1

2

3

4

5

6

7

8

FILED
CLERK, U.S. DISTRICT COURT

JAN - 5 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,           )    Case No.: CR 18-860-FMO
                                        )
11              Plaintiff,              )
                                        )
12      vs.                             )    ORDER OF DETENTION AFTER HEARING
                                        )    [Fed.R.Crim.P. 32.1(a)(6);
13  ISAAC WILLIAM                       )     18 U.S.C. 3143(a)]
                                        )
        HACKETT                         )
14                                      )
        Defendant.                      )
15  _____)

16

17

18      The defendant having been arrested in this District pursuant to

19  a warrant issued by the United States District Court for the

20  Central Dist, CA         for alleged violation(s) of the terms and

21  conditions of his/her [probation] [supervised release]; and

22      The Court having conducted a detention hearing pursuant to

23  Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

24      The Court finds that:

25  A.  (☒)  The defendant has not met his/her burden of establishing by

26      clear and convincing evidence that he/she is not likely to flee

27      if released under 18 U.S.C. § 3142(b) or (c).  This finding is

28      based on  no known bail resources, history of
        non-compliance w/ supervision alleged

1 _____

2 _____

3 _____

4    and/or

5 B.   ( )  The defendant has not met his/her burden of establishing by

6    clear and convincing evidence that he/she is not likely to pose

7    a danger to the safety of any other person or the community if

8    released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9    on:_____

10 _____

11 _____

12 _____

13

14    IT THEREFORE IS ORDERED that the defendant be detained pending

15 the further revocation proceedings.

16

17 Dated:   _____

18

19

20                     PAUL L. ABRAMS

                  UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28