# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ISAAC HACKETT,<br><br>  Defendant. | Case No.  CR 18-00860-FMO<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

## I.

On January 18, 2024, Defendant Isaac Hackett made his initial appearance in this district on the petition for revocation of supervised release and warrant for arrest issued on August 18, 2023.  Peter Johnson, a member of the Indigent Defense Panel, was appointed to represent Defendant.   The government was represented by Assistant U.S. Attorney Joseph Guzman.  Defendant submitted on the recommendation of detention in the report prepared by United States Probation and Pretrial Services.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ the petition alleges that Defendant failed to comply with supervised release conditions by his use of marijuana and recent arrests for misdemeanor trespassing and felony threats with intent to terrorize.

☒ no bail resources

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition (<u>see</u> above);

III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: January 18, 2024

                                            /s/
                                   ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE